THE STATE EX REL. SHELTON ET AL., APPELLANTS, *v.* FIREMEN
& POLICEMEN'S DEATH BENEFIT FUND ET AL., APPELLEES.

[Cite as *State ex rel. Shelton v. Firemen & Policemen's
Death Benefit Fund* (1999), 84 Ohio St.3d 1242.]

(No. 98–66—Submitted December 16, 1998—Decided February 10, 1999.)

*Baumgartner & O'Toole, L.P.A.,* and *Daniel D. Mason,* for appellants.

*Betty D. Montgomery,* Attorney General, and *Darius N. Kandawalla,* Assistant Attorney General, for appellees.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents and would reverse the judgment of the court of appeals.